Dated: 15 September 2009  10:50 AM

ENTERED PURSUANT TO ADMINISTRATIVE ORDER NO.
03-4, KENNETH J. HIRZ, CLERK OF BANKRUPTCY COURT
BY: /s/ Kathy Lamuth
**Deputy Clerk**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

In re:   Tracy Suzette Davis                                  ) Chapter 13 Case No. 08-10335-B
       XXX-XX-9041                                               )
                                                                 ) Hon. Randolph Baxter
                                                                 )
       Debtor                                                    )

## ORDER DISMISSING CASE AND RELEASING
## INCOME OF DEBTOR FROM THE JURISDICTION OF THE COURT

     This case came on for hearing on September 10, 2009 upon the Trustee's Motion to Dismiss Case for Lack of Feasibility ("Trustee's Motion"). No objection to Trustee's Motion was timely filed.

     The Trustee's Motion is granted, and the case is hereby dismissed for the following reason(s):

X    The Plan proposed by the Debtor is not feasible in that payments would extend beyond 60 months.

     The Debtor and/or the Debtor's employer, as well as the future income of the Debtor, is hereby released from the supervision and control of the Court, as well as any order of the Court requiring payments to the Trustee in this case.

Submitted by:
/S/ Craig Shopneck
CRAIG SHOPNECK (#0009552)
Chapter 13 Trustee
200 Public Square, BP Tower Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268     Fax (216) 621-4806
Ch13shopneck@ch13cleve.com

## SERVICE LIST

Craig Shopneck, Chapter 13 Trustee

Office of the U.S. Trustee (served via ECF)

All creditors and parties of interest

Tracy Suzette Davis, Debtor *Pro Se*
14606 Westropp Avenue
Cleveland OH 44110

CS/bas
09/15/09